679 F.2d 23
 David Leroy WASHINGTON, Petitioner-Appellant,
v.
Charles E. STRICKLAND, Superintendent; Jim Smith, Attorney
General, State of Florida; Louie L. Wainwright,
Secretary of Department of Corrections,
Respondents-Appellees.
 No. 81-5379.
 United States Court of Appeals,
Fifth Circuit.
 
 Unit B*
 May 14, 1982.
 Appeal from United States District Court, Southern District of Florida; C. Clyde Atkins, Chief Judge.
 
 
 1
 Richard E. Shapiro, New Orleans, La., for petitioner-appellant.
 
 
 2
 Calvin Fox, Asst. Atty. Gen., Miami, Fla., for respondents-appellees.
 
 
 3
 ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC
 
 
 4
 (Opinion April 23, 1982, 5 Cir., 1982, 673 F.2d 879).
 
 
 5
 Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, KRAVITCH, FRANK M. JOHNSON, Jr., HENDERSON, ANDERSON, and THOMAS A. CLARK, Circuit Judges.**
 
 BY THE COURT:
 
 6
 A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,
 
 
 7
 IT IS ORDERED that this cause shall be reheard by the Court en banc on briefs with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.
 
 
 
 *
 Former Fifth Circuit case, Section 9(3) of Public Law 96-452-October 14, 1980
 
 
 **
 Judges Vance and Hatchett are recused and did not participate in this decision